JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cristobal Melchor Martinez, individually, <br><br> Plaintiff, <br><br> v. <br><br> Phillip Christopher Duquaine, individually; United States Postal Service; Doe Employee; Roe Government Entity; Doe Owner, I-V; Doe Driver, I-V; Roe Employer, and Roe Companies, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00363-JCM-NJK <br><br> **Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint** <br><br> **(First Request)** |

Plaintiff, Cristobal Melchor Martinez, and the United States of America ("United States"), on behalf of Phillip Christopher Duquaine, individually, and the United States Postal Service, by and through undersigned counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiff's Complaint. The parties stipulate that the time be extended to April 17, 2023 (60 days from the date of service). The basis for this stipulation is as follows:

1. This action was originally brough in the Eighth Judicial District, Clark County, Nevada. The named federal defendants are Phillip Christopher Duquaine and the United States Postal Service.

2. On March 8, 2023, the United States filed a Notice of Removal, removing the action from state to federal court.

3. Rule 81(c) of the Federal Rules of Civil Procedure provides the time in which a Defendant must answer an initial pleading in a removed action. The time provided is the later of 21 days after receipt or service of the initial pleading or seven days after the removal. *See* Fed. R. Civ. P. 81(c). However, a federal officer or agency would ordinarily be permitted a response time of 60 days following proper service to respond pursuant to the Federal Rules. *See* Fed. R. Civ. P. 12(a)(2).

4. Accordingly, it is proposed, requested, and stipulated that the time within which Defendants are required to respond to Plaintiff's complaint be extended to **April 17, 2023**—a date that is 60 days following the date of service on the United States Attorney's Office.

5. The usual sixty-day response time is needed to meaningfully evaluate the allegations of the Complaint and prepare a response to that pleading.

Respectfully submitted this 13th day of March 2023.

| | |
|---|---|
| Corena & Associates | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Mahna Pourshaban*<br>MAHNA POURSHABAN<br>Corena & Associates<br>300 S. 4th Street, Suite 1250<br>Las Vegas, Nevada 89101<br>mahna@lawofficecorena.com | /s/ *Skyler Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

*Attorney for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2023