**SAO**
**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CRISTOBAL MELCHOR MARTINEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; DOE EMPLOYEE; ROE GOVERNMENT ENTITY; DOE OWNER, I-V; DOE DRIVER, I-V; ROE EMPLOYER, and ROE COMPANIES, inclusive, <br><br> Defendant. | CASE NO.: 2:23-cv-00363-JCM-NJK <br><br> **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT** <br><br> **(Third Request)** |

COME NOW PLAINTIFF CRISTOBAL MELCHOR MARTINEZ by and through his attorney, **Mahna Pourshaban, Esq.** of the Law Offices of **GINA CORENA & ASSOCIATES** and DEFENDANT UNITED STATES POSTAL SERVICE, by and through attorney **Skyler H. Pearson, Esq.** of the **UNITED STATES JUSTICE DEPARTMENT,** and hereby stipulate to extend the time for Defendants to respond to Plaintiff's Complaint.

The parties have previously stipulated that the time would be extended to April 17, 2023 (60 days from the date of service) and subsequently to May 5, 2023 (78 days from the date of service). The parties now stipulate to extend to **May 20, 2023**.

The basis for this stipulation is as follows:

1. This action was originally brough in the Eighth Judicial District, Clark County, Nevada. The named federal defendants are Phillip Christopher Duquaine and the United States Postal Service.

2. On March 8, 2023, the United States filed a Notice of Removal, removing the action from state to federal court.

3. Rule 81(c) of the Federal Rules of Civil Procedure provides the time in which a Defendant must answer an initial pleading in a removed action. The time provided is the later of 21 days after receipt or service of the initial pleading or seven days after the removal. *See* Fed. R. Civ. P. 81(c). However, a federal officer or agency would ordinarily be permitted a response time of 60 days following proper service to respond pursuant to the Federal Rules. *See* Fed. R. Civ. P. 12(a)(2).

4. Since the time of the Court's order (ECF No. 4) granting the parties' stipulation (ECF No. 3), the parties have engaged in discussions as to the amending of Plaintiff's complaint to avoid motions practice. Accordingly, it is proposed, requested, and stipulated that the time within which Defendants are required to respond to Plaintiff's complaint be extended to **May 20, 2023**—to allow the Plaintiff to consider filing an amended complaint and allow Defendants time to respond thereto.

5. The parties believe that this extension will streamline the case and help avoid unnecessary motion practice.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 8, 2023