UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL MELCHOR MARTINEZ,<br>　　　Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE (USPS),<br>　　　Defendant. | Case No. 2:23-cv-00363-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than June 21, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: June 14, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge