UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CRISTOBAL MELCHOR MARTINEZ,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 2:23-cv-00363-JCM-NJK

**ORDER**

[Docket No. 14]

    Pending before the Court is the parties' proposed discovery plan. Docket No. 14. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, the parties seek a 228-day discovery period.[1] *See* Docket No. 14 at 2. (calculating the discovery period from the time of Defendant's answer to the parties' proposed discovery deadline). When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request, however, makes no specific showing at all.

    Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 14. An amended discovery plan must be filed by June 28, 2023. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendant's answer or first appearance.

    IT IS SO ORDERED.

    Dated: June 21, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The parties submit they are seeking a 210-day discovery period. Docket No. 14 at 2. They, however, calculate the discovery period as running from the Rule 26(f) conference, and not from the date of Defendant's answer as required by Local Rule 26-1.

1