UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL MELCHOR MARTINEZ,<br>　　　Plaintiff,<br>v.<br>PHILLIP CHRISTOPHER DUQUAINE, et al.,<br>　　　Defendants. | Case No. 2:23-cv-00363-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 19] |

　　　Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 19.

　　　A request to extend discovery deadlines must include a statement specifying the discovery completed, a specific description of the discovery that remains, the reasons why the subject deadline cannot be met, and a proposed schedule for completing the outstanding discovery. Local Rule 26-3. The request must also be supported by a showing of good cause. *Id.* The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This showing of diligence is measured by the movant's conduct throughout the entire period of time already allowed. *CC.Mexicano.US, LLC v. Aero II Aviation, Inc.*, 2015 U.S. Dist. LEXIS 169110, at *11-12 (D. Nev. Dec. 15, 2015). If diligence is not established, the Court's inquiry should end. *Johnson*, 975 F.2d at 609 (internal citation omitted).

　　　Here the parties have not demonstrated diligence. Without any additional information, the parties submit that Plaintiff has provided medical record authorizations to Defendants and that the parties have exchanged unspecified written discovery requests. Docket No. 19 at 2. Such a minimal submission does not allow the court to evaluate the parties' conduct during the time allowed so far and the Court cannot, therefore, find that the parties have acted diligently.

1

However, as a one-time courtesy to the parties, the Court will extend this case's discovery deadlines. Accordingly, the parties' stipulation to extend discovery deadlines is **GRANTED**. Docket No. 19. The scheduling order is **MODIFIED** as follows:

| | |
|---|---|
| Initial Experts: | November 29, 2023 |
| Rebuttal Experts: | January 29, 2024 |
| Discovery Cut-Off | June 6, 2024 |
| Dispositive Motions: | March 28, 2024 |
| Joint Pretrial Order: | May 30, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

Given the length of the instant extension being granted, the Court is not inclined to grant any further extensions.

IT IS SO ORDERED.

Dated: August 17, 2023

Nancy J. Koppe
United States Magistrate Judge