**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL MELCHOR MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; DOE EMPLOYEE; ROE GOVERNMENT ENTITY; DOE OWNER, I-V; DOE DRIVER, I-V; ROE EMPLOYER, and ROE COMPANIES, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-00363-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff CRISTOBAL MELCHOR MARTINEZ, by and through counsel of record Mahna Pourshaban, Esq. of the Law Offices of GINA CORENA & ASSOCIATES and Defendant UNITED STATES, by and through counsel of record Skyler H. Pearson, Esq. hereby stipulate as follows:

///

///

///

1

IT IS HEREBY STIPULATED that all of Plaintiff CRISTOBAL MELCHOR MARTINEZ's claims against Defendant UNITED STATES as set forth in the Complaint filed in District Court Case **2:23-cv-00363-JCM-NJK**, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

DATED this 16th of December, 2023            DATED this 16th of December, 2023

**GINA CORENA & ASSOCIATES**                  of August, 2023

                                                        **JASON M. FRIERSON**
                                                        **United States Attorney**

  */s/ Mahna Pourshaban*
**Mahna Pourshaban, Esq.**
Nevada Bar No. 12743                            */s/ Skyler H. Pearson*
300 S. Fourth Street, Suite 1250              **Skyler H. Pearson, Esq.**
Las Vegas, Nevada 89101                       Assistant United States Attorney
*Attorneys for Plaintiff*

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff CRISTOBAL MELCHOR MARTINEZ's claims against Defendant UNITED STATES as set forth in the Complaint filed in District Court **2:23-cv-00363-JCM-NJK**, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

DATED January 5, 2024.

_____
UNITED STATES DISTRICT JUDGE

# Eva Rodriguez Dhimi

| | |
|---|---|
| **From:** | Pearson, Skyler (USANV) <Skyler.Pearson@usdoj.gov> |
| **Sent:** | Wednesday, December 6, 2023 9:16 AM |
| **To:** | Eva Rodriguez Dhimi; Mahna Pourshaban |
| **Cc:** | Beyer, Allyson (USANV); Gina Corena |
| **Subject:** | RE: Melchor Martinez v. USPS |

Approved. You may add my electronic signature and file. Thanks for preparing. -Skyler

**From:** Eva Rodriguez Dhimi <eva@lawofficecorena.com>
**Sent:** Monday, December 4, 2023 1:45 PM
**To:** Pearson, Skyler (USANV) <SPearson@usa.doj.gov>; Mahna Pourshaban <Mahna@lawofficecorena.com>
**Cc:** Beyer, Allyson (USANV) <ABeyer@usa.doj.gov>; Gina Corena <gina@lawofficecorena.com>
**Subject:** [EXTERNAL] RE: Melchor Martinez v. USPS

Good afternoon, please see attached the proposed SAO for your review and let me know if I am okay to add your signature for filing.

**From:** Pearson, Skyler (USANV) <Skyler.Pearson@usdoj.gov>
**Sent:** Wednesday, November 22, 2023 8:28 AM
**To:** Mahna Pourshaban <Mahna@lawofficecorena.com>; Eva Rodriguez Dhimi <eva@lawofficecorena.com>
**Cc:** Beyer, Allyson (USANV) <Allyson.Beyer@usdoj.gov>; Gina Corena <gina@lawofficecorena.com>
**Subject:** RE: Melchor Martinez v. USPS

Thanks, Mahna. Happy Thanksgiving to all of you as well! -Skyler

**From:** Mahna Pourshaban <Mahna@lawofficecorena.com>
**Sent:** Tuesday, November 21, 2023 12:03 PM
**To:** Pearson, Skyler (USANV) <SPearson@usa.doj.gov>; Eva Rodriguez Dhimi <eva@lawofficecorena.com>
**Cc:** Beyer, Allyson (USANV) <ABeyer@usa.doj.gov>; Gina Corena <gina@lawofficecorena.com>
**Subject:** [EXTERNAL] RE: Melchor Martinez v. USPS

We will happily do so and send it over shortly for your review.

Thanks Skyler—have a wonderful thanksgiving holiday.

Best regards,